AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| UNITED STATES OF AMERICA, | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:22-cv-01763 |
| 22 PIT BULL TYPE DOGS, | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

❏ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

❏ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

❏ other: default judgment is entered against the Defendant 22 Pit Bull Type Dogs and in favor of the United States. The court further orders that all persons claiming any right, title or interest in the Defendant Dogs on the part of any claimants or third parties are extinguished and forever barred. Pursuant to 7 U.S.C.§ 2156(f) the Defendant Dogs are hereby forfeited, condemned, quit-claimed and abandoned to the United States of America. Clear title in and to the Defendant Dogs are vested in the United States of America, and no other right, title or interest exists therein. All other claims to the Defendant Dogs are hereby forever foreclosed and barred. Defendant Dogs forfeited herein shall be disposed of by the United States as authorized by law.

This action was *(check one)*:

❏ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

❏ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

❏ decided by the Honorable Sherri A. Lydon, United States District Judge, presiding who granted the plaintiff's motion for default judgment.

Date:   July 15, 2022                                         *ROBIN L. BLUME, CLERK OF COURT*

                                                                               s/ Amanda D. Hilley
                                                                    *Signature of Clerk or Deputy Clerk*